UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KERRI WHIPPLE,<br><br>          Plaintiff,<br><br>vs.<br><br>ARLO G. LOTT TRUCKING INC. aka ARLO G. LOTT TRUCKING, INC. HEALTH PLAN and UMR, INC.,<br><br>          Defendants. | Case No.  4:20-cv-00505-BLW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Dismissal.  Being fully advised and finding good cause exists therefore, the Court will dismiss this action as follows.  Accordingly,

IT IS HEREBY ORDERED that the Stipulation (Dkt. 20) is APPROVED, and all causes of action asserted by Kerri Whipple are DISMISSED WITH PREJUDICE, with the parties to bear their own costs and attorney fees.

DATED:

DATED: April 9, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER OF DISMISSAL - 1